**PAYTON EMPLOYMENT LAW, PC**
LAUREL HOLMES, ESQ (SBN: 308515)
MARISSA L. SIMMONS, ESQ (SBN: 310234)
CHANTAL M. PAYTON, ESQ (SBN: 293215)
3807 W. Sierra Highway, Suite 206
Acton, California 93510
Telephone: (661) 434-1144
Facsimile: (661) 434-1144
LHolmes@PaytonEmploymentLaw.com
MSimmons@ PaytonEmploymentLaw.com
CPayton@PaytonEmploymentLaw.com

Attorneys for Regina Jackson, Belinda Battistelli, and Andrea Martin

**LITTLER MENDELSON P.C.**
Jon G. Miller, State Bar No. 150702
jmiller@littler.com
David R. Comfort, State Bar No. 262802
dcomfort@littler.com
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone: (949) 705-3000
Fax: (949) 724-1201

Attorneys for Defendant A Place for Mom, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JACKSON, an individual, BELINDA BATTISELLI, an individual, and ANDREA MARTIN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> A PLACE FOR MOM, INC., A WASHINGTON CORPORATION, DOES 1-10, BUSINESS ENTITIES, FORMS UNKNOWN; DOES 11-20, INDIVIDUALS; AND DOES 21-30, INCLUSIVE, <br><br> Defendants. | Case No: 5:22-cv-01445-SSS (KKx) <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br><br> Judge: Hon. Sunshine Suzanne Sykes <br> State Action Filed: August 15, 2022 <br> Trial Date: March 4, 2024 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs REGINA JACKSON, BELINDA BATTISELLI, and ANDREA MARTIN, ("Plaintiffs"), and Defendant A PLACE FOR MOM, INC. ("Defendant," collectively "Parties"), have reached a settlement of all claims in the above-captioned case. Upon satisfaction of all conditions within the Parties settlement agreement, the Parties will file a Stipulation for Dismissal of the Entire Action with Prejudice on or before July 31, 2023.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 24, 2023     **PAYTON EMPLOYMENT LAW, PC**

By: /s/ Marissa Simmons
Marissa Simmons, Esq.
Chantal Payton, Esq.
For Plaintiffs Regina Jackson, Belinda Battistelli, and Andrea Martin

Dated:     **LITTLER MENDELSON, P.C.**

By: /s/Jon G. Miller
Jon G. Miller, Esq.
David R. Comfort, Esq.
For Defendant A Place for Mom, Inc.

# PROOF OF SERVICE
*Jackson, et al. v. A Place for Mom, Inc.*
United States District Court Case No. 5:22-cv-01445-SSS (KKx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 3807 W. SIERRA HIGHWAY, SUITE 206, ACTON, CALIFORNIA 93510.

On the date set forth below, I served the document(s) described as:

## JOINT NOTICE OF SETTLEMENT

on the person(s) listed below:

| | |
|---|---|
| **LITTLER MENDELSON P.C.** | *Attorneys for Defendant* |
| Jon G. Miller, Esq. | |
| jmiller@littler.com | |
| David R. Comfort, Esq. | |
| dcomfort@littler.com | |
| 18565 Jamboree Road, Suite 800 | |
| Irvine, California 92612 | |

__X__ (BY ELECTRONIC SERVICE): I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipient(s) via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I hereby certify that I am employed in the office of an attorney admitted to practice in this Court at whose direction the service was made.

Dated: May 24, 2023

_____
Karen Zelaya