1  LAUREL HOLMES, ESQ (SBN: 308515)
   MARISSA L. SIMMONS, ESQ (SBN: 310234)
2  CHANTAL M. PAYTON, ESQ (SBN: 293215)
   **PAYTON EMPLOYMENT LAW, PC**
3  3807 W. Sierra Highway, Suite 206
   Acton, California 93510
4  Telephone: (661) 434-1144
   Facsimile: (661) 434-1144
5  LHolmes@PaytonEmploymentLaw.com
   MSimmons@ PaytonEmploymentLaw.com
6  CPayton@PaytonEmploymentLaw.com

7  Attorneys for Plaintiffs Regina Jackson, Belinda
   Battistelli, and Andrea Martin

8  Jon G. Miller, State Bar No. 150702
   jmiller@littler.com
9  David R. Comfort, State Bar No. 262802
   dcomfort@littler.com
10 **LITTLER MENDELSON, P.C.**
   18565 Jamboree Road, Suite 800
11 Irvine, California 92612
   Telephone: (949) 705-3000
12 Fax: (949) 724-1201

13 Attorneys for Defendant
   A Place for Mom, Inc.
14

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JACKSON, an individual, BELINDA BATTISELLI, an individual, and ANDREA MARTIN, an individual, | Case No: **5:22-cv-01445-SSS (KKx)** [Assigned to: Judge Sunshine Suzanne Sykes] |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| A PLACE FOR MOM, INC., a Washington corporation, DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs REGINA JACKSON, BELINDA BATTISTELLI, and ANDREA MARTIN ("Plaintiffs") and A PLACE FOR MOM, INC. ("Defendant") (collectively, "the Parties") by and through their counsel of record, submit this Joint Stipulation for Dismissal of Entire Action with Prejudice and hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed this suit in the United States District Court for the Central District of California on or about August 16, 2022 (the "Action").

WHEREAS, the Parties have resolved the Action.

WHEREAS, the Parties agree that the entire Action shall be dismissed in its entirety with prejudice.

ACCORDINGLY, it is hereby stipulated by and among the Parties to this Action through their designated counsel of record as follows:

1. That the Action be and hereby is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

2. No party shall be deemed a prevailing party in the Action.

3. Plaintiffs and Defendant agree that each side shall bear their own attorneys' fees and costs. Accordingly, Plaintiffs shall not be entitled to any attorneys' fees and costs from Defendant in the Action and Defendant shall not be entitled to any attorneys' fees and costs from Plaintiffs.

| | | |
|---|---|---|
| Dated: June 23, 2023 | | **PAYTON EMPLOYMENT LAW, PC** |
| | By: | _____<br>Laurel N. Holmes, Esq.<br>Marissa L. Simmons, Esq.<br>Chantal McCoy Payton, Esq. |
| | | Attorney for Plaintiffs<br>REGINA JACKSON<br>BELINDA BATTISTELLI<br>ANDREA MARTIN |
| Dated: June 23, 2023 | | **LITTLER MENDELSON, P.C.** |
| | By: | /s/ Jon G. Miller_____<br>Jon G. Miller<br>David R. Comfort |
| | | Attorneys for Defendant<br>A PLACE FOR MOM, INC. |

**PROOF OF SERVICE**
*Jackson, et al. v. A Place for Mom, Inc.*
United States District Court Case No. 5:22-cv-01445-SSS (KKx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 3807 W. SIERRA HIGHWAY, SUITE 206, ACTON, CALIFORNIA 93510.

On the date set forth below, I served the document(s) described as:

1. **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**
2. **(PROPOSED) ORDER RE GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

on the person(s) listed below:

| | |
|---|---|
| **LITTLER MENDELSON P.C.** | *Attorneys for Defendant* |
| Jon G. Miller, Esq. | |
| jmiller@littler.com | |
| David R. Comfort, Esq. | |
| dcomfort@littler.com | |
| 18565 Jamboree Road, Suite 800 | |
| Irvine, California 92612 | |

__X__ (BY ELECTRONIC SERVICE): I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipient(s) via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I hereby certify that I am employed in the office of an attorney admitted to practice in this Court at whose direction the service was made.

Dated: June 23, 2023

_____
Karen Zelaya

-2-