LAUREL HOLMES, ESQ (SBN: 308515)
MARISSA L. SIMMONS, ESQ (SBN: 310234)
CHANTAL M. PAYTON, ESQ (SBN: 293215)
**PAYTON EMPLOYMENT LAW, PC**
3807 W. Sierra Highway, Suite 206
Acton, California 93510
Telephone: (661) 434-1144
Facsimile: (661) 434-1144
LHolmes@PaytonEmploymentLaw.com
MSimmons@PaytonEmploymentLaw.com
CPayton@PaytonEmploymentLaw.com

Attorneys for Plaintiffs Regina Jackson, Belinda Battistelli, and Andrea Martin

Jon G. Miller, State Bar No. 150702
jmiller@littler.com
David R. Comfort, State Bar No. 262802
dcomfort@littler.com
**LITTLER MENDELSON, P.C.**
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone: (949) 705-3000
Fax: (949) 724-1201

Attorneys for Defendant
A Place for Mom, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JACKSON, an individual, BELINDA BATTISELLI, an individual, and ANDREA MARTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>A PLACE FOR MOM, INC., A WASHINGTON CORPORATION, DOES 1-10, BUSINESS ENTITIES, FORMS UNKNOWN; DOES 11-20, INDIVIDUALS; AND DOES 21-30, INCLUSIVE,<br><br>Defendants. | Case No. **5:22-cv-01445-SSS (KKx)**<br><br>**ORDER RE GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1. Based on the Joint Stipulation simultaneously submitted by the Parties, and good cause appearing, the Court hereby grants the stipulation in its entirety and orders this entire action dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs. No party is to be deemed a prevailing party in the action.

IT IS SO ORDERED.

Dated: June 26, 2023

_____
Hon. Sunshine Suzanne Sykes
United States District Judge